**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INMOTION IMAGERY TECHNOLOGIES, LLC | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:11-cv-261 |
| v. | § § | **JURY TRIAL DEMANDED** |
| LFP VIDEO GROUP, LLC; METRO-GOLDWYN-MAYER INC.; SUMMIT ENTERTAINMENT, LLC; ELEGANT ANGEL, INC.; NEW SENSATIONS, INC., d/b/a VOUYER MEDIA, INC.; GIRLFRIENDS FILMS, INC.; WORLD WIDE RED LIGHT DISTRICT; ZERO TOLERANCE ENTERTAINMENT, INC.; JULES JORDAN VIDEO, INC.; ANABOLIC VIDEO PRODUCTIONS INC.; WEST COAST PRODUCTIONS, INC.; MEDIA PRODUCTS, INC., d/b/a DEVIL'S FILM; RK NETMEDIA, INC.; IMAGE ENTERTAINMENT, INC.; ECHO BRIDGE ENTERTAINMENT, LLC; LOOSE CANNON FILMS, INC.; and VANGUARD INTERNATIONAL CINEMA, INC., | § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

In consideration of Plaintiff InMotion Imagery Technologies LLC and Defendant Metro-Goldwyn-Mayer Inc.'s Joint Motion for Dismissal of all claims Without Prejudice asserted against Defendant Metro-Goldwyn-Mayer Inc., the Joint Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed Without Prejudice.

It is ORDERED that this Court retains jurisdiction over this matter.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.