**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INMOTION IMAGERY TECHNOLOGIES, LLC §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>LFP VIDEO GROUP, LLC; METRO-GOLDWYN-MAYER INC.; SUMMIT ENTERTAINMENT, LLC; ELEGANT ANGEL, INC.; NEW SENSATIONS, INC., d/b/a VOUYER MEDIA, INC.; GIRLFRIENDS FILMS, INC.; WORLD WIDE RED LIGHT DISTRICT; ZERO TOLERANCE ENTERTAINMENT, INC.; JULES JORDAN VIDEO, INC.; ANABOLIC VIDEO PRODUCTIONS INC.; WEST COAST PRODUCTIONS, INC.; MEDIA PRODUCTS, INC., d/b/a DEVIL'S FILM; RK NETMEDIA, INC.; IMAGE ENTERTAINMENT, INC.; ECHO BRIDGE ENTERTAINMENT, LLC; LOOSE CANNON FILMS, INC.; and VANGUARD INTERNATIONAL CINEMA, INC., §<br>§<br>Defendants. § | CIVIL ACTION NO. 2:11-cv-261<br><br>**JURY TRIAL DEMANDED** |

## ORDER

In consideration of the Motion for Dismissal of all claims with prejudice asserted between Plaintiff InMotion Imagery Technologies, LLC ("InMotion") and Defendant Summit Entertainment, LLC ("Summit"), the Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" dated July 25, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 2nd day of August, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE