**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INMOTION IMAGERY TECHNOLOGIES, LLC | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.  2:11-cv-261 |
| v. | § § | **JURY TRIAL DEMANDED** |
| LFP VIDEO GROUP, LLC; METRO-GOLDWYN-MAYER INC.; SUMMIT ENTERTAINMENT, LLC; ELEGANT ANGEL, INC.; NEW SENSATIONS, INC., d/b/a VOUYER MEDIA, INC.; GIRLFRIENDS FILMS, INC.; WORLD WIDE RED LIGHT DISTRICT; ZERO TOLERANCE ENTERTAINMENT, INC.; JULES JORDAN VIDEO, INC.; ANABOLIC VIDEO PRODUCTIONS INC.; WEST COAST PRODUCTIONS, INC.; MEDIA PRODUCTS, INC., d/b/a DEVIL'S FILM; RK NETMEDIA, INC.; IMAGE ENTERTAINMENT, INC.; ECHO BRIDGE ENTERTAINMENT, LLC; LOOSE CANNON FILMS, INC.; and VANGUARD INTERNATIONAL CINEMA, INC., | § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

In consideration of InMotion Imagery Technologies, LLC's ("InMotion") Notice of Dismissal With Prejudice of all claims against defendant LFP Video Group, LLC ("LFP"), it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by InMotion against LFP are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this  5th  day of August, 2011.

                                                            _____
                                                            T. JOHN WARD
                                                            UNITED STATES DISTRICT JUDGE