**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INMOTION IMAGERY TECHNOLOGIES, LLC | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:11-cv-261 |
| v. | § § | **JURY TRIAL DEMANDED** |
| LFP VIDEO GROUP, LLC; METRO-GOLDWYN-MAYER INC.; SUMMIT ENTERTAINMENT, LLC; ELEGANT ANGEL, INC.; NEW SENSATIONS, INC., d/b/a VOUYER MEDIA, INC.; GIRLFRIENDS FILMS, INC.; WORLD WIDE RED LIGHT DISTRICT; ZERO TOLERANCE ENTERTAINMENT, INC.; JULES JORDAN VIDEO, INC.; ANABOLIC VIDEO PRODUCTIONS INC.; WEST COAST PRODUCTIONS, INC.; MEDIA PRODUCTS, INC., d/b/a DEVIL'S FILM; RK NETMEDIA, INC.; IMAGE ENTERTAINMENT, INC.; ECHO BRIDGE ENTERTAINMENT, LLC; LOOSE CANNON FILMS, INC.; and VANGUARD INTERNATIONAL CINEMA, INC., | § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**<u>ORDER</u>**

Having considered Plaintiff InMotion Imagery Technologies, LLC ("InMotion") and Defendant West Coast Productions, Inc.'s ("West Coast") Joint Motion to Dismiss based on the settlement of claims between InMotion and West Coast, the Court finds that good cause exists for granting the motion. The Joint Motion to Dismiss is GRANTED. It is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted by InMotion against West Coast and all claims and counterclaims asserted by West Coast against InMotion are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 27th day of February, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE